UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-051 (DWF/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDELL JACKSON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   **GOVERNMENT'S**<br>)   **MOTIONS IN LIMINE**<br>)<br>)<br>)<br>)<br>) |

The United States of America by and through its attorneys, Charles J. Kovats, Jr., Acting United States Attorney for the District of Minnesota, and Assistant United States Attorney Thomas Calhoun-Lopez, hereby makes the following Motions in Limine regarding the above-titled matter.

1.  The United States moves for a pretrial ruling allowing the United States to elicit the fact that officers who arrested Jackson had been informed that Jackson had shot at A.L.W., and that he was armed.  This evidence is necessary to provide the context of the subsequent arrests. The admissibility of this evidence is discussed in the Government's Trial Brief, Document No. 48, at § IV.a.

2.  The United States moves to preclude the Defendant or his counsel, in the presence of the jury, from introducing at trial (through testimony or

argument) reference to national or local controversies regarding use of force by police officers, or allegations that excessive force was used in apprehending him in this case, absent a particularized showing that such an argument or line of inquiry is relevant. The United States requests that counsel for the United States and the Defendant discuss any such testimony or argument with the Court in sidebar before it is offered or made. The evidence is irrelevant and barred by Fed. R. Evid. 403. The inadmissibility of this evidence is discussed in the Government's Trial Brief § IV.b.

4. The United States respectfully requests that the Court allow the United States to impeach the Defendant with his prior felony convictions within the last ten years for the limited purpose of impeaching his credibility pursuant to Fed. R. Evid. 609(a)(1)(B) if he elects to testify. The inadmissibility of this impeachment is discussed in the Government's Trial Brief § IV.c.

5. The United States moves to preclude the Defendant or his counsel, in the presence of the jury, from mentioning or referring to the potential punishment the Defendant may face if convicted.

6. The United States moves to preclude the Defendant or his counsel, in the presence of the jury, from offering or referring in any way to hearsay statements of the Defendant.

7. The United States moves to preclude the Defendant or his counsel, in the presence of the jury, from offering evidence of, or cross-examining a witness regarding, any act committed by the witness pursuant to Federal Rules of Evidence 404, 608, or 609 in the presence of the jury without first providing a basis for inquiry of the alleged bad act or conviction outside of the presence of the jury, so that counsel for the United States may be heard on the admissibility of such evidence. Likewise, the United States asks the Court to preclude the Defendant from offering improper character evidence of any of its witnesses, including law enforcement witnesses, on cross-examination without first providing the United States with an opportunity to be heard on its admissibility.

Dated: February 17, 2022

Respectfully Submitted,

CHARLES J. KOVATS, JR.
Acting United States Attorney

*s/ Thomas Calhoun-Lopez*
BY: THOMAS CALHOUN-LOPEZ
Assistant U.S. Attorney