# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Edell Jackson,

    Defendant.

**COURT MINUTES**
Case Number: CR 21-51 DWF/TNL

| | |
|---|---|
| Date: | March 1, 2022 |
| Court Reporter: | Lynne Krenz |
| Courthouse: | St. Paul |
| Courtroom: | 7C |
| Time Commenced: | 9:44 AM |
| Time Concluded: | 11:12 AM |
| Sealed Hearing Time: | 0 |
| Time in Court: | 1 Hours & 28 Minutes |

Pretrial Conference before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

  Plaintiff:   Angela M. Munoz, Assistant U.S. Attorney
  Defendant:   Daniel L. Gerdts,   ☒ CJA

PROCEEDINGS:

  X  **PRETRIAL CONFERENCE**

IT IS ORDERED:

  X  The Court ruled on motions in limine consistent with comments on the bench and a written order to be issued.
  X  Jury Trial to commence on March 7, 2022, at 8:30 am.
  X  Defendant remanded to custody of USMS.

                                                        s/Lori Sampson
                                           Signature of Courtroom Deputy