UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**REDACTED**

United States of America,

Plaintiff,

v.

Edell Jackson,

Defendant.

Criminal No. 21-51 (DWF/TNL)

**VERDICT**

### Count 1

### FELON IN POSSESSION OF A FIREARM

As to Count 1 of the Indictment, we, the Jury, find the Defendant, Edell Jackson,

___GUILTY___
**GUILTY or NOT GUILTY**

Dated: March 11, 2022

SIGNATURE REDACTED
Foreperson

SCANNED
MAR 11 2022
U.S. DISTRICT COURT ST. PAUL